
The following constitutes the ruling of the court and has the force and effect therein described.

**Signed February 17, 2026**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WILLIAM RAYMOND SMITH, | § | CASE NO. 25-70305-SWE-13 |
| | § | |
| DEBTOR. | § | |

### AGREED ORDER EXTENDING DEADLINE FOR COMPLAINT
### TO CHALLENGE DISCHARGEABILITY OF CERTAIN DEBTS

Pursuant to the Agreed Motion to Extend Deadline to File Complaint to Challenge Dischargeability of Certain Debts *(ECF 27)*, it is ORDERED that the deadline for Mark Halencak and Lana Halencak and for N & S Seed to file a complaint to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4) is extended until 60 days after the date on which an order confirming Debtor's chapter 13 plan is entered. This extension only applies to Mark Halencak

and Lana Halencak and to N & S Seed.  All other creditors must comply with the current filing deadline of February 16, 2026.

### END OF ORDER ###

**Approved for Entry:**

*/s/ Hank Rugeley*
Hank Rugeley
State Bar No. 17382900
hank@ddhrlaw.com
**DAVISON RUGELEY, L.L.P.**
900 Eighth Street, Suite 1102
Wichita Falls, Texas 76301
(940) 766-1388
Attorneys for Mark Halencak
and Lana Halencak

*/s/ Robert O. Rafuse*
Robert O. Rafuse
State Bar No. 16463900
rafuselawfirm@aol.com
RAFUSE LAW FIRM, P.C.
Energy Center
710 Lamar, Suite 440
Wichita Falls, Texas 76301
(940) 763-8080
Attorney for N & S Seed

*/s/ Monte J. White*
Monte J. White
State Bar No. 00785232
legal@montejwhite.com
Monte J. White & Associates, P.C.
1106 Brook Avenue
Wichita Falls, Texas 76301
(940) 723-0099
Attorney for Debtor

Halencak, Mark & Lana 8049/.001 William Smith Bankruptcy/Bankruptcy Pleadings/agreed order to extend deadline to file complaint to challenge dischargeability.docx